JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AVISHAL PRASAD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, National Association,<br><br>　　　　Defendant(s). | Case No.:  2:20-cv-10181-JFW-MRWx<br><br>Hon. District Judge John F. Walter<br>Hon. Magistrate Judge Michael R. Wilner<br><br>**ORDER APPROVING STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

　　　　The Court having considered the *Stipulation to Dismiss Action With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *plaintiff* Avishal Prasad and *defendant* JPMorgan Chase Bank, N.A. (collectively, the "Parties"), and good cause appearing therefor,

　　　　**IT IS ORDERED** that the Stipulation is **APPROVED**.

　　　　**IT IS FURTHER ORDERED** that this action is hereby dismissed as to all parties *with prejudice*.

　　　　**IT IS FURTHER ORDERED** that the Parties shall bear their own fees and costs, including all attorneys' fees, incurred in connection with this action;

　　　　**IT IS FURTHER ORDERED** that all hearings and dates currently scheduled in this action are hereby vacated.

　　　　**IT IS SO ORDERED**.

Dated: February 11, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE